[No. 29133-9-II.   Division Two.   June 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SHAWN CLANCY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00419-1, Frederick W. Fleming, J., entered July 19, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 29158-4-II.   Division Two.   June 24, 2003.]

AGRILINK FOODS, INC., *Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-02295-3, Richard A. Strophy, J., entered July 8, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[Nos. 48808-2-I; 48871-6-I.   Division One.   June 30, 2003.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES *on the relation of M.L.C.*, *Respondent*, v. RICHARD LLEWELYN JONES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 99-7-00369-0, Eric B. Watness, J. Pro Tem., entered June 4, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 49154-7-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN PAUL KOZOL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09050-8, Ronald Kessler, J., entered October 7, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.